UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMIA

| | |
|---|---|
| RCN TELECOM SERVICES, INC., <br> RCN-BECOCOM, LLC, <br> STARPOWER COMMUNICATIONS, LLC, <br> RCN TELECOM SERVICES OF <br> WASHINGTON, D.C., INC., <br> RCN TELECOM SERVICES OF <br> MASSACHUSETTS, INC., <br> RCN TELECOM SERVICES OF <br> PHILADELPHIA, INC., <br> RCN TELECOM SERVICES OF ILLINOIS, <br> LLC, <br><br> Plaintiffs, <br><br> v. <br><br> AT&T CORP., <br> AT&T COMMUNICATIONS, INC., <br> AND DOES 1-20, <br><br> Defendants. | Case No. _____ <br><br><br><br><br><br><br> JURY TRIAL REQUESTED |

**RULE LCvR 7.1 CERTIFICATION**

I, the undersigned, counsel of record for RCN Telecom Services, Inc.; RCN-BecoCom, LLC; Starpower Communications, LLC; RCN Telecom Services of Illinois, LLC; RCN Telecom Services of Philadelphia, Inc.; RCN Telecom Services of Massachusetts, Inc.; and RCN Telecom Services of Washington, D.C., Inc., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of RCN Telecom Services, Inc.; RCN-BecoCom, LLC; Starpower Communications, LLC; RCN Telecom Services of Illinois, LLC; RCN Telecom Services of Philadelphia, Inc.; RCN Telecom Services of Massachusetts, Inc.; and RCN Telecom Services of Washington, D.C., Inc., which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

July 20, 2005

_____

Eric J. Branfman (D.C. Bar No. 164186)
Joshua M. Bobeck (D.C. Bar No. 443620)
Anitra D. Goodman (D.C. Bar No. 484434)
SWIDLER BERLIN LLP
3000 K Street, NW, Suite 300
Washington, DC 20007
202-424-7500