U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

RCN Telecom Services, Inc., et al.

vs.

AT&T Corporation, et al.

No. 1:05-CV-01432

## AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, DANIEL F. PORTNOY, having been duly authorized to make service of the Summons, Complaint, Notice Of Right To Consent To Trial Before A United States Magistrate Judge, Certificate Rule LCvR 7.1, Notice of Designation of Related Civil Cases Pending in This or Any Other United States Court, and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

That my date of birth / age is 11-26-1971.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 9:45 am on July 22, 2005, I served AT&T Corporation c/o CT Corporation System at 1015 15th Street, NW, Suite 1000, Washington, DC 20005 by serving Mark Diffenbaugh, Team Leader, authorized to accept. Described herein:

```
SEX-     MALE
AGE-     45
HEIGHT-  5'7"
HAIR-    BROWN/BALD
WEIGHT-  165
COLOR-   WHITE
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on  07-22-05
             Date

DANIEL F. PORTNOY
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 155749