UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RCN TELECOM SERVICES, INC.,<br>RCN-BECOCOM, LLC,<br>STARPOWER COMMUNICATIONS, LLC,<br>RCN TELECOM SERVICES OF<br>WASHINGTON, D.C., INC.,<br>RCN TELECOM SERVICES OF<br>MASSACHUSETTS, INC.,<br>RCN TELECOM SERVICES OF<br>PHILADELPHIA, INC.<br>105 Carnegie Center<br>Princeton, NJ 08540,<br><br>RCN TELECOM SERVICES OF ILLINOIS,<br>LLC,<br>350 N. Orleans St., Suite 600<br>Chicago, IL 60654<br><br>        Plaintiffs,<br><br>    v.<br><br>AT&T CORP.,<br>1 AT&T Way<br>Bedminster, New Jersey 07921,<br><br>AT&T COMMUNICATIONS, INC.,<br>1 AT&T Way<br>Bedminster, New Jersey 07921,<br><br>AND DOES 1-20,<br><br>        Defendants. | 1:05cv01432<br><br>Judge Ellen Segal Huvelle |

**DEFENDANTS' UNOPPOSED MOTION TO EXTEND
TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendants AT&T Corp. and AT&T Communications, Inc., ("Defendants") hereby move the Court for an extension of time to respond to Plaintiffs' Complaint by answer or by motion.

Defendants were served with the Complaint on July 22, 2005, and therefore, Defendants' responsive pleading is scheduled to be due on August 11, 2005. Defendants move for an extension of their time to respond to the Complaint until August 22, 2005.

Defendants have consulted with counsel for Plaintiffs, and Plaintiffs do not oppose the instant motion. A proposed Consent Order is attached.

Dated: August 4, 2005

Respectfully submitted,

/s/ JOSEPH R. PALMORE

David L. Lawson (D.C. Bar #434741)
Michael J. Hunseder (D.C. Bar# 447260)
Joseph R. Palmore (D.C. Bar #465811)
SIDLEY AUSTIN BROWN & WOOD LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000

Attorneys for Defendants
AT&T Corp. and AT&T Communications, Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RCN TELECOM SERVICES, INC., <br> RCN-BECOCOM, LLC, <br> STARPOWER COMMUNICATIONS, LLC, <br> RCN TELECOM SERVICES OF <br> WASHINGTON, D.C., INC., <br> RCN TELECOM SERVICES OF <br> MASSACHUSETTS, INC., <br> RCN TELECOM SERVICES OF <br> PHILADELPHIA, INC., <br> 105 Carnegie Center <br> Princeton, NJ 08540, <br><br> RCN TELECOM SERVICES OF ILLINOIS, LLC, <br> 350 N. Orleans St., Suite 600 <br> Chicago, IL 60654 <br><br>       Plaintiffs, <br><br> v. <br><br> AT&T CORP., <br> 1 AT&T Way <br> Bedminster, New Jersey 07921, <br><br> AT&T COMMUNICATIONS, INC., <br> 1 AT&T Way <br> Bedminster, New Jersey 07921, <br><br> AND DOES 1-20, <br><br>       Defendants. | 1:05cv01432 <br><br> Judge Ellen Segal Huvelle |

**CONSENT ORDER TO EXTEND TIME FOR DEFENDANTS
AT&T CORP. & AT&T COMMUNICATIONS, INC. TO RESPOND
<u>TO PLAINTIFF'S COMPLAINT</u>**

Upon consent of the parties, the time in which Defendants AT&T Corp. and AT&T Communications, Inc., ("Defendants") have to respond to Plaintiffs' Complaint by answer or by motion is extended to August 22, 2005.

SO ORDERED, this _____ day of August, 2005.

_____
The Honorable Ellen Segal Huvelle

The following attorneys shall be notified of this Order:

Eric J. Branfman
Swidler Berlin LLP
3000 K Street, NW, Suite 300
Washington, D.C. 20007
(202) 424-7500

David L. Lawson
Sidley Austin Brown & Wood, LLP
1501 K St., NW
Washington, D.C. 2000

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RCN TELECOM SERVICES, INC.,<br>RCN-BECOCOM, LLC,<br>STARPOWER COMMUNICATIONS, LLC,<br>RCN TELECOM SERVICES OF<br>WASHINGTON, D.C., INC.,<br>RCN TELECOM SERVICES OF<br>MASSACHUSETTS, INC.,<br>RCN TELECOM SERVICES OF<br>PHILADELPHIA, INC.<br>105 Carnegie Center<br>Princeton, NJ 08540,<br><br>RCN TELECOM SERVICES OF ILLINOIS,<br>LLC,<br>350 N. Orleans St., Suite 600<br>Chicago, IL 60654<br><br>      Plaintiffs,<br><br>  v.<br><br>AT&T CORP.,<br>1 AT&T Way<br>Bedminster, New Jersey 07921,<br><br>AT&T COMMUNICATIONS, INC.,<br>1 AT&T Way<br>Bedminster, New Jersey 07921,<br><br>AND DOES 1-20,<br><br>      Defendants. | 1:05cv01432<br><br>Judge Ellen Segal Huvelle |

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of August, 2005, I caused a true and correct copy of Defendants' Unopposed Motion to Extend Time to Respond to Plaintiffs' Complaint and proposed order to be served on the following by first-class mail.

Eric Jay Branfman
Swidler, Berlin, Shereff & Friedman, L.L.P.
3000 K Street, NW, Suite 300
Washington, D.C. 20007

Dated:   August 4, 2005
        Washington, D.C.

                              /s/ Joseph R. Palmore
                              SIDLEY AUSTIN BROWN & WOOD LLP
                              1501 K Street, N.W.
                              Washington, D.C. 20005
                              (202) 736-8000

                              Attorney for Defendants
                                  AT&T Corp. and AT&T Communications, Inc