## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RCN TELECOM SERVICES, INC.,<br>RCN-BECOCOM, LLC,<br>STARPOWER COMMUNICATIONS,<br>LLC, RCN TELECOM SERVICES OF<br>WASHINGTON, D.C., INC.,<br>RCN TELECOM SERVICES OF<br>MASSACHUSETTS, INC.,<br>RCN TELECOM SERVICES OF<br>PHILADELPHIA, INC., and<br>RCN TELECOM SERVICES OF<br>ILLINOIS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>AT&T CORP., AT&T<br>COMMUNICATIONS, INC., and DOES 1-<br>20,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 05-cv-01432 (ESH) |

## APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter the appearance of Eric J. Branfman and Joshua M. Bobeck as counsel of record on behalf of Plaintiffs, RCN Telecom Services, INC., RCN-BecoCom, LLC, Starpower Communications, LLC, RCN Telecom Services of Washington, D.C., INC., RCN Telecom Services of Massachusetts, INC., RCN Telecom Services of Philadelphia, INC., and RCN Telecom Services of Illinois, Inc.

9246305v1

Respectfully submitted,

_____/s/ Eric J. Branfman_____
Eric J. Branfman
DC Bar No. 164186
Swidler Berlin LLP
3000 K Street, NW
Suite 300
Washington, DC  20007
(202) 424-7500
ejbranfman@swidlaw.com


_____/s/ Joshua M. Bobeck_____
Joshua M. Bobeck
DC Bar No. 443620
Swidler Berlin LLP
3000 K Street, NW
Suite 300
Washington, DC  20007
(202) 424-7500
jmbobeck@swidlaw.com

Dated:  September 13, 2005

**Attorneys for Plaintiffs**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was served upon the attorneys of

record for Defendants via first-class mail, postage prepaid, on this 13th day of September, 2005,

as follows:

David M. Schiffman
Sidley Austin Brown & Wood LLP
Bank One Plaza, 10 South Dearborn
Chicago, IL  60603

/s/ Anitra D. Goodman
**Attorneys for Plaintiffs**